Dwayne CAIN, Plaintiff/Appellant,

v.

STATE of Missouri,
Defendant/Respondent.

No. 57954.

Missouri Court of Appeals,
Eastern District,
District One.

Sept. 25, 1990.

Margaret Ellen Galgle–Casinger, Rock Hill, Kathleen Green, St. Louis, for plaintiff-appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief.

An opinion reciting movant's allegations, the findings of fact and conclusions of law, and the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).